

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

v.

COURTNEY HRUSKA,

*Defendant.*

Case No. 1:26-cr-57

## STATEMENT OF FACTS

The United States and the defendant, COURTNEY HRUSKA (the "defendant"), stipulate that the allegations in the Criminal Information are true and correct. The United States and the defendant further stipulate that, had the matter gone to trial, the United States would have proven the allegations in the Criminal Information and the following facts beyond a reasonable doubt through admissible and credible evidence.

### *Introduction*

1. From in or around August 2023 through in or around July 2024, in the Eastern District of Virginia and elsewhere, the defendant, having devised a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations, and promises, transmitted and caused to be transmitted writings, signs, and signals by means of wire communication in interstate commerce for the purpose of executing the scheme and artifice to defraud.

### *The Scheme to Defraud*

2. From in or around August 2015 through in or around January 30, 2022, the defendant was employed by a member of the United States House of Representatives ("Victim").

1

During this period, the defendant was the Washington, D.C. Office Scheduler, Office Manager, and then Administrative Director for Victim.

3.     Victim provided and entrusted the defendant with Victim's personal credit card and bank account information so that the defendant could fulfill her job responsibilities. Victim authorized the defendant to make specific purchases for Victim in certain limited instances as part of the defendant's official duties and responsibilities at that time.

4.     On or around January 30, 2022, the defendant ended her employment with Victim, and, with the assistance of Victim, began a new job with the United States Department of Agriculture ("USDA").

5.     When her employment with Victim ended, the defendant, without authorization, retained the personal credit card and bank account information belonging to Victim. Beginning approximately one year and seven months after her employment with Victim ended, between approximately August 19, 2023, and July 30, 2024, the defendant used Victim's personal bank account information to make wire payments towards the balance of the defendant's own personal credit card bills on 10 separate occasions.

6.     On at least two occasions, the defendant knowingly and willfully used Victim's personal bank account information to cause funds to be wired electronically from Victim's bank account to the defendant's credit card account while at work at the USDA office in Alexandria, Virginia, in the Eastern District of Virginia. On other occasions, the defendant was at her residence in Alexandria, Virginia, in the Eastern District of Virginia, when she caused funds to be wired electronically from Victim's bank account to the defendant's credit card account.

7.     In total, the defendant caused ten wire transfers to be taken from Victim's bank account and wired to the defendant's personal credit card account in order to pay the defendant's

credit card bill, in interstate commerce, while the defendant was located in the Eastern District of Virginia.

a. For example, on July 6, 2024, the defendant knowingly and willfully used her cell phone to electronically wire a payment of $4,000.00 from Victim's personal bank account, held at a financial institution located in Brooklyn, Ohio ("Bank"), to pay the defendant's personal credit card bill. The defendant used the internet while at her home in Alexandria, Virginia, in the Eastern District of Virginia, to send electronic signals in interstate commerce, which caused Bank to wire Victim's funds from Victim's personal bank account to the defendant's personal credit card account. Those funds were credited against the defendant's credit card balance on July 7, 2024.

8. Victim did not personally use electronic banking in any form. Specifically, Victim kept records of their banking activity manually, and did not receive immediate, real-time transaction data or alerts from Bank. When asked about this, based on her approximate seven years of working for Victim, the defendant explained that she knew that Victim was "not tech savvy."

9. In August 2024, Victim discovered the defendant's fraudulent wire transfers when a personal check written by Victim was returned due to insufficient funds in Victim's bank account. Because Victim did not utilize electronic banking services, more than a year had lapsed between the defendant's first fraudulent transaction and Victim's discovery of the theft. Resultantly, Victim received back less than 9% of the stolen funds from Bank in the form of fraud compensation.

3

10.     Of the ten separate wires that the defendant fraudulently caused to be taken from Victim's bank account and paid to the defendant's own credit card bills, nine of the wires exceeded $1,000.00 and half of the wires were for amounts of $3,000.00 or more.

11.     Throughout the investigation into the defendant's conduct, the defendant repeatedly told investigators–both state and federal–as well as Victim and Victim's representatives, that "hackers from the dark web" must have been responsible for causing the wires to be sent from Victim's bank account to pay the defendant's personal credit card bills. In truth, these repeated claims were false, and the defendant knew they were false.

12.     By engaging in this fraudulent conduct, the defendant purposefully caused pecuniary harm to Victim in an amount totaling not less than $22,865.07.

### Conclusion

13.     This statement of facts includes those facts necessary to support the Plea Agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case. The defendant acknowledges that the foregoing statement of facts does not describe all of her conduct relating to the offense charged in this case.

14.     The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

4

Respectfully submitted,

Todd W. Blanche
Deputy Attorney General

Date: ___3/31/26___

By: _____

Jake A. Drucker
Special Assistant United States Attorney
Jordan Harvey
Assistant United States Attorney
Counsel for the United States

5

After consulting with my attorney and pursuant to the Plea Agreement that I entered into this day with the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that, had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

Courtney Hruska
Defendant

I am the defendant's attorney. I have carefully reviewed the above Statement of Facts with her. To my knowledge, her decision to stipulate to these facts is an informed and voluntary one.

Brooke Rupert, Esq.
Counsel for Defendant

6